IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

GREENWOOD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CANCELLATION OF LIS PENDENS |
| | ) | |
| Plaintiff, | ) | C/A No. 8:08-366 HFF |
| | ) | |
| vs. | ) | |
| | ) | |
| Robert Griffin, Harvey Griffin, | ) | |
| Tonia G. Whitener, Heirs-at-Law | | |
| of **DORIS GRIFFIN**, Tammy | ) | |
| Hawthorne, Individually and as | | |
| Personal Representative of the | ) | |
| **ESTATE OF DORIS GRIFFIN, and** | | |
| JOHN DOE, which designates the | ) | |
| class of unknown adults, and | | |
| RICHARD ROE, which designates | ) | |
| the class of unknown infants or | | |
| persons under disability, and | ) | |
| all other persons unknown | | |
| claiming any right, title, | ) | |
| estate, interest in or lien | | |
| upon the real estate described | ) | |
| in the Complaint herein, | | |
| | | |
| Defendants. | ) | |

The United States of America does hereby acknowledge that Harry A. Weisner, was the successful bidder at the sale of the property subject to the above-entitled action, and the Clerk of Court of Common Pleas for Greenwood County, South Carolina is hereby authorized and directed to cancel the Lis Pendens which was filed and recorded in that office on January 22, 2008 in Lis Pendens Book 61, at Page 42.

1

                                                <u>S/Henry F. Floyd</u>
                                                UNITED STATES DISTRICT JUDGE

Spartanburg, S. C.

February   11   , 2009